Kathryn Tassinari
Robert A. Baron
HARDER, WELLS, BARON & MANNING, P.C.
474 Willamette Street
Eugene, OR 97401
(541) 686-1969
kathrynt50@comcast.net
Of Attorneys for the Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| KATHLEEN FAY EYERS, ) | |
| ) | Case No. 6:12-cv-02031-BR |
| Plaintiff, ) | |
| vs. ) | |
| ) | ORDER FOR PAYMENT OF ATTORNEY |
| CAROLYN COLVIN, ) | FEES PURSUANT TO EAJA |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant, ) | |
| ) | |

IT IS HEREBY ORDERED that attorney fees in the amount of $4,849.34 are hereby awarded to Plaintiff, pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. Payment of this award shall be paid via check made payable to Plaintiff and mailed to Plaintiff's attorneys at Harder, Wells, Baron & Manning, P.C., 474 Willamette Street, Eugene, Oregon 97401. The award shall be

ORDER FOR PAYMENT OF ATTORNEY FEES PURSUANT TO EAJA - 1

made payable to Plaintiff's attorney if the Commissioner confirms that Plaintiff owes no debt under the Federal Treasury Offset Program. There are no costs or expenses to be paid herein.

Dated this 25th day of June, 2014.

_____
U.S. District Judge/~~Magistrate~~

PRESENTED BY:
s/ Kathryn Tassinari
Harder, Wells, Baron & Manning, P.C.
Of Attorneys for Plaintiff